UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **BARBARA R. SPERL**, individually and on behalf of the Estate of Phillip A. Sperl,<br><br>          Plaintiff,<br><br>v.<br><br>**CURTISS-WRIGHT CORPORATION**; et al.,<br><br>          Defendants. | Case No.: 3:20-cv-1480-MO<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT VIACOMCBS INC.<br><br>Trial Date: January 10, 2022 |

## STIPULATION

Plaintiffs Barbara R. Sperl, individually and on behalf of the Estate of Phillip A. Sperl, (hereinafter, "Plaintiff") and Defendant ViacomCBS Inc., by and through her counsel of record, stipulate that all claims against Defendant ViacomCBS Inc., only may be dismissed without prejudice and without costs or attorney fees as to any party in the above-captioned matter, reserving to Plaintiff her claims against the other parties.

DATED this 16th of February, 2021.        DATED this 16th of February, 2021.

BERGMAN DRAPER OSLUND UDO        TANENBAUM KEALE, LLP

s/Brendan E. Little        s/Christopher S. Marks
Brendan E. Little (pro hac vice)        s/Malika Johnson
Vanessa Firnhaber Oslund, OSB #170356        Christopher S. Marks, OSB #022052
Attorneys for Plaintiffs        Malika Johnson, OSB #186101
       Attorneys for ViacomCBS Inc.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by Plaintiff and Defendant ViacomCBS Inc., to dismiss all claims against Defendant ViacomCBS Inc., only, without prejudice and without costs and/or fees, and the Court being fully advised in the premises, now therefore it is hereby ORDERED as follows:

All Plaintiff's claims against Defendant ViacomCBS Inc., only are hereby dismissed without prejudice and without costs or attorney fees as to any party.

DATED: March 16, 2021

*Michael W. Mosman*
JUDGE MICHAEL W. MOSMAN

PRESENTED BY:
TANENBAUM KEALE LLP

s/Christopher S. Marks
s/Malika Johnson
Christopher S. Marks, OSB #022052
Malika Johnson, OSB #186101
Attorneys for ViacomCBS Inc.

APPROVED BY:
BERGMAN DRAPER OSLUND UDO

s/Brendan E. Little
Brendan E. Little (pro hac vice)
Vanessa Firnhaber Oslund, OSB #170356
Attorneys for Plaintiffs