Allen Eraut, OSB # 992565
Kevin Bergstrom, OSB #163422
Rizzo Mattingly Bosworth PC
1300 SW Sixth Avenue, Suite 330
Portland, OR 97201
Telephone: (503) 229-1819
Facsimile: (503) 229-0630
E-mail: aeraut@rizzopc.com
kbergstrom@rizzopc.com

Attorneys for Defendant The Boeing Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BARBARA R SPERL, individually and on behalf of the Estate of PHILLIP A. SPERL,<br><br>Plaintiff,<br><br>v.<br><br>CURTISS-WRIGHT CORPORATION, et al.<br><br>Defendants. | Case No. 3:20-cv-01480-MO<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT THE BOEING COMPANY ONLY**<br><br>*CLERK'S ACTION REQUIRED* |

## STIPULATION

Plaintiff BARBARA A. SPERL, individually and as Personal Representative of the Estate of PHILLIP A. SPERL, and defendant THE BOEING COMPANY, by their attorneys of record, stipulate that all claims against defendant THE BOEING COMPANY, only, be dismissed without prejudice and without costs to either party, reserving to Plaintiff her claims against all other parties.

1 – STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT THE BOEING COMPANY ONLY

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

1  DATED this 4th day of May, 2021.

2
    ___s/Brendan Little_____              ___/s/Allen Eraut_____
3  Vanessa Firnhaber Oslund, OSB #170356     Allen Eraut, OSB #992565
   Brendan E. Little, *pro hac vice*                    Kevin Bergstrom, OSB #163422
4  Bergman Draper Oslund Udo, PLLC           Rizzo Mattingly Bosworth PC
   821 2nd Avenue, Suite 2100                       1300 SW Sixth Avenue, Suite 330
5  Seattle, WA 98104                                 Portland, Oregon 97201
   vanessa@bergmanlegal.com                      aeraut@rizzopc.com
6  brendan@bergmanlegal.com                      kbergstrom@rizzopc.com
7  ***Attorney for Plaintiffs***                              ***Attorney for The Boeing Company***

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2 — STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT THE BOEING COMPANY ONLY

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

## ORDER

1  
2   Based upon the above stipulation,

3   IT IS HEREBY ORDERED, ADJUDGE, AND DECREED that all claims against

4   defendant THE BOEING COMPANY, only, are dismissed without prejudice and without costs to

5   either party, reserving to Plaintiff her claims against all other parties.

6  
7   Dated 5/5/21

8  
9                                                    JUDGE MICHAEL W. MOSMAN

10  
11  
12  
13  Presented by:

14  /s/Allen Eraut  
    RIZZO MATTINGLY BOSWORTH PC  
15  Allen Eraut, OSB #992565  
    Kevin Bergstrom, OSB #163422  
16  1300 SW Sixth Avenue, Suite 330  
    Portland, Oregon 97201  
17  Telephone: 503-229-1819  
    Fax: 503-229-0630  
18  Attorneys for The Boeing Company

19  
20  Approved by:

21  /s/Brendan Little  
    BERGMAN DRAPER OSLUND UDO, PLLC  
22  Vanessa Firnhaber Oslund, OSB #170356  
    Brendan E. Little, *pro hac vice*  
23  821 2nd Avenue, Suite 2100  
    Seattle, WA 98104  
24  Telephone: 206-957-9510  
    Fax: 206-957-9549  
25  Attorneys for Plaintiffs

26

3 – STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT THE BOEING COMPANY ONLY

RIZZO MATTINGLY BOSWORTH PC  
1300 SW Sixth Avenue  
Suite 330  
Portland, OR 97201  
T: 503.229.1819 | F: 503.229.0630