1  Megan Uhle, OSB #115407
   Nicole R. MacKenzie, OSB #155569
2  muhle@williamskastner.com
   nmackenzie@williamskastner.com
3  WILLIAMS, KASTNER & GIBBS PLLC
   1515 SW Fifth Avenue, Suite 600
4  Portland, OR 97201-5449
   Phone: (503) 228-7967
5  Fax: (503) 222-7261

6  *Attorneys for Defendant Parker-Hannifin Corporation*

7
                                        The Honorable: Michael W. Mosman
8

9          UNITED STATES DISTRICT COURT
                  DISTRICT OF OREGON
10                PORTLAND DIVISION

11 BARBARA R. SPERL, individually and on        NO. 3:20-CV-1480-MO
   behalf of Estate of Phillip A. Sperl,
12                                              **STIPULATION AND ORDER OF
13          Plaintiff,                          DISMISSAL WITHOUT PREJUDICE
                                                OF DEFENDANT PARKER-HANNIFIN
14    v.                                        CORPORATION ONLY**

15 CURTISS-WRIGHT CORPORATION;, et al.,         **[*Clerk's Action Required*]**

16          Defendants.
17

18                          **STIPULATION**

19        Plaintiff BARBARA R. SPERL, individually and as Personal Representative of the Estate

20 of PHILLIP A. SPERL, deceased, (hereinafter, "Plaintiffs") and Defendant Parker-Hannifin

21 Corporation, by and through their counsel of record, stipulate that all claims against Defendant

22 Parker-Hannifin Corporation only may be dismissed without prejudice and without costs or

23 attorney fees as to any party in the above-captioned matter, reserving to Plaintiffs their claims

24 against the other parties.

25 ///

26 ///

---

Page 1 -   STIPULATION AND ORDER OF DISMISSAL WITHOUT        **Williams Kastner**
            PREJUDICE OF DEFENDANT PARKER-HANNIFIN            1515 SW Fifth Avenue, Suite 600
            CORPORATION ONLY                                  Portland, OR 97201-5449
                                                              Telephone: (503) 228-7967• Fax (503) 222-7261

7395855.1

1    DATED this 7th day of June, 2021.                DATED this 7th day of June, 2021.

2    WILLIAMS, KASTNER & GIBBS PLLC            BERGMAN DRAPER OSLUND UDO, PLLC

3

4    By  *s/Megan E. Uhle*                             By  *s/Brendan E. Little*
         Nicole R. MacKenzie, OSB #155569                 Vanessa J. Firnhaber Oslund
         Megan E. Uhle, OSB #115407                       Brendan E. Little *(Pro Hac Vice)*
5                                                         Madeline Bergman *(Pro Hac Vice)*
6    601 Union Street, Suite 4100
     Seattle, WA  98101-2380                         821 2nd Avenue, Suite 2100
     Telephone:  (206) 628-6600                       Seattle, WA 98104
7    Fax:  (206) 628-6611                             Email:        vanessa@bergmanlegal.com
     Email:   nmackenzie@williamskastner.com;                       Brendan@bergmanlegal.com
8             muhle@williamskastner.com                             madeline@bergmanlegal.com
     Eservice: wkgasbestos@williamskastner.com        Eservice:  service@bergmanlegal.com
9    ***Attorney for Defendant Parker-Hannifin***      ***Attorneys for Plaintiff***
     ***Corporation***
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 -    STIPULATION AND ORDER OF DISMISSAL WITHOUT        **Williams Kastner**
            PREJUDICE OF DEFENDANT PARKER-HANNIFIN            1515 SW Fifth Avenue, Suite 600
            CORPORATION ONLY                                 Portland, OR 97201-5449
                                                             Telephone: (503) 228-7967• Fax (503) 222-7261
7395855.1

1       **ORDER OF DISMISSAL**

2           THIS MATTER having come before the Court by way of stipulated motion by Plaintiffs

3   and Parker-Hannifin Corporation to dismiss all claims against Defendant Parker-Hannifin

4   Corporation, only, without prejudice and without costs and/or fees, and the Court being fully

5   advised in the premises, now therefore it is hereby ORDERED as follows:

6           All Plaintiffs' claims against Defendant Parker-Hannifin Corporation only are hereby

7   dismissed with prejudice and without costs or attorney fees as to any party.

8           DATED this __9___ day of June, 2021.

9

10

11              _Michael W. Mosman_____
                THE HONORABLE: MICHAEL W. MOSMAN

12

13  PRESENTED BY:
    WILLIAMS, KASTNER & GIBBS PLLC
14

15  By _s/Megan E. Uhle_____
         Nicole R. MacKenzie, OSB #155569
16       Megan E. Uhle, OSB #115407
    ***Attorneys for Defendant Parker-Hannifin Corporation***
17

18  APPROVED AS TO FORM AND CONTENT BY:
    BERGMAN DRAPER OSLUND UDO, PLLC
19

20  By _s/Brendan E. Little_____
         Vanessa J. Firnhaber Oslund
21       Brendan E. Little *(Pro Hac Vice)*
         Madeline Bergman *(Pro Hac Vice)*
22  ***Attorneys for Plaintiffs***

23

24

25

26

**Williams Kastner**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967• Fax (503) 222-7261