**George S. Pitcher, OSB #963982**
George.Pitcher@lewisbrisbois.com
**Jason Daywitt, OSB #992493**
Jason.Daywitt@lewisbrisbois.com
**Dmitriy S. Golosinskiy, OSB #173568**
Dmitriy.Golosinskiy@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

*Attorneys for Defendant Pneumo Abex LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BARBARA R. SPERL, individually and on behalf of the Estate of Phillip A. Sperl,<br><br>Plaintiff,<br><br>v.<br><br>CURTISS-WRIGHT CORPORATION; EATON AEROQUIP LLC, individually and as successor to Aeroquip Corp.; GENERAL ELECTRIC COMPANY; THE GOODYEAR TIRE & RUBBER COMPANY, individually and as successor to Goodyear Aerospace Corp.; HONEYWELL INTERNATIONAL INC., successor-in-interest to ALLIED SIGNAL, INC., successor-in-interest to BENDIX CORPORATION; LOCKHEED MARTIN CORPORATION; METROPOLITAN LIFE INSURANCE COMPANY; NORTHROP GRUMMAN CORPORATION; PARKER-HANNIFIN CORPORATION; PNEUMO ABEX, LLC; RAYTHEON TECHNOLOGIES CORPORATION; SIKORSKY AIRCRAFT CORPORATION; THE BOEING COMPANY; and VIACOMCBS, INC.,<br><br>Defendants. | **Case No. 3:20-cv-01480-MO**<br><br><br>**STIPULATED JUDGMENT OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT PNEUMO ABEX LLC ONLY**<br><br><br>Judge: Hon. Michael W. Mosman |

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

Based upon the stipulation below, and the Court being fully advised herein,

IT IS HEREBY ORDERED AND ADJUDGED, pursuant to Fed. R. Civ. P. 41(a)(1)(ii),

that this action is dismissed in its entirety as to defendant Pneumo Abex LLC only, without

prejudice, and without costs or fees to any party.  All other claims and parties shall remain.

DATED:    6/10/2021


*Michael W. Mosman*
Hon. Michael W. Mosman
U.S. District Court Judge


IT IS SO STIPULATED:


DATED:    6/9/2021                    *s/ Brendan Little*
Vanessa J. Firnhaber Oslund
Brendan Little (pro hac vice)
Madeline Bergman (pro hac vice)
service@bergmanlegal.com
brendan@bergmanlegal.com
madeline@bergmanlegal.com
*Attorneys for Plaintiff*


DATED:    6/9/2021                    *s/ Dmitriy S. Golosinskiy, OSB #173568*
George S. Pitcher, OSB #963982
Jason Daywitt, OSB #992493
Dmitriy S. Golosinskiy, OSB #173568
George.Pitcher@lewisbrisbois.com
Jason.Daywitt@lewisbrisbois.com
Dmitriy.Golosinskiy@lewisbrisbois.com
*Attorneys for Defendant Pneumo Abex LLC*


4820-1349-0670.1 1
STIPULATED JUDGMENT OF DISMISSAL WITHOUT PREJUDICE AS TO
DEFENDANT PNEUMO ABEX LLC ONLY
Page 2

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801