The Honorable: Michael W. Mosman

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| BARBARA R. SPERL, individually and on behalf of the Estate of Phillip A. Sperl,<br>　　　　　　　Plaintiff,<br><br>vs.<br><br>COURTISS-WRIGHT CORPORATION, et al,<br>　　　　　　　Defendant. | NO. 3:20-cv-1480-MO<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT THE GOODYEAR TIRE & RUBBER COMPANY ONLY<br><br>*[Clerk's Action Required]* |

STIPULATION

The undersigned attorneys STIPULATE and AGREE that Plaintiff's action against Defendant The Goodyear Tire & Rubber Company, only, may be dismissed without prejudice and without costs, reserving to Plaintiff their claims against all other defendants.

DATED this 10th day of June, 2021.

BERGMAN DRAPER OSLUND UDO, PLLC　　GARDNER TRABOLSI & MORDEKHOV PLLC

By */s/ Vanessa J. Firnhaber Oslund*　　　　By */s/ Ronald C. Gardner*
Vanessa J. Firnhaber Oslund, OSB #107356　Ronald C. Gardner, OSB #080049
Brendan E. Little (Pro Hac Vice)　　　　　Attorney for Defendant The Goodyear Tire &
Madeline Bergman (Pro Hac Vice)　　　　Rubber Company
Attorneys for Plaintiff

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT THE GOODYEAR TIRE & RUBBER COMPANY ONLY - 1**

Gardner Trabolsi & Mordekhov pllc
A T T O R N E Y S
2200 Sixth Avenue, Suite 600
Seattle, Washington 98121
Telephone (206) 256-6309
Facsimile (206) 256-6318

# ORDER

It is ORDERED, ADJUDGED and DECREED that Plaintiff's action against Defendant The Goodyear Tire & Rubber Company, is hereby dismissed without prejudice, reserving to Plaintiff their claims against all other defendants, no costs to be awarded.

DATED this 11th day of June, 2021.

*Michael W. Mosman*
THE HONORABLE: MICHAEL W. MOSMAN

*Presented by:*

GARDNER TRABOLSI & MORDEKHOV PLLC

By */s/ Ronald C. Gardner*
Ronald C. Gardner, WSBA #9270
Attorney for Defendant The Goodyear Tire & Rubber Company

*Approved as to Form:*

BERGMAN DRAPER OSLUND UDO, PLLC

By */s/ Vanessa J. Firnhaber Oslund*
Vanessa J. Firnhaber Oslund, OSB #107356
Brendan E. Little (Pro Hac Vice)
Madeline Bergman (Pro Hac Vice)
Attorneys for Plaintiff

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT THE GOODYEAR TIRE & RUBBER COMPANY ONLY - 2**

GARDNER TRABOLSI & MORDEKHOV PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
Facsimile (206) 256-6318