UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| BARBARA R. SPERL, individually and on behalf of the State of Phillip A. Sperl,<br><br>Plaintiff,<br><br>vs.<br><br>CURTISS-WRIGHT CORPORATION, et al.,<br><br>Defendants. | No. 3:20-cv-01480-MO<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT CURTISS-WRIGHT CORPORATION** |

## STIPULATION

Plaintiffs Barbara R. Sperl, individually and on behalf of the Estate Phillip A. Sperl, (hereinafter, "Plaintiff) and Defendant Curtiss-Wright Corporation, by and through their counsel of record, stipulate that all claims against Defendant Curtiss-Wright Corporation, only, may be dismissed without prejudice and without costs or attorney fees as to any party in the above-captioned matter, reserving to Plaintiff her claims against the other parties.

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT CURTISS-WRIGHT CORPORATION - Page 1 of 3
No. 3:20-cv-01480-MO

**Gordon Rees Scully Mansukhani,** LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5144
Facsimile: (206) 689-2822

| | |
|---|---|
| DATED this 25th day of June 2021. | DATED this 25th day of June 2021. |
| BERGMAN DRAPER OSLUND UDO | GORDON REES SCULLY MANSUKHANI, LLP |
| *s/ Brendan E. Little* | *s/ Mark B. Tuvim* |
| Brendan E. Little (*pro hac vice*) | Mark B. Tuvim, OSB No. 111536 |
| Vanessa Firnhaber Oslund, OSB No. 170356 | Attorney for Curtiss-Wright Corporation |

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT CURTISS-WRIGHT CORPORATION -
Page 2 of 3
No. 3:20-cv-01480-MO

**Gordon Rees Scully Mansukhani,** LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5144
Facsimile: (206) 689-2822

## ORDER OF DISMISSAL

THIS MATTER have come before the Court by way of stipulated motion by Plaintiff and Defendant Curtiss-Wright Corporation, to dismiss all claims against Defendant Curtiss-Wright Corporation, only, without prejudice and without costs and/or fees, and the Court being fully advised in the premises, now therefor it is hereby ORDERED as follows:

All Plaintiff's claims against Defendant Curtiss-Wright Corporation, only, are hereby dismissed without prejudice and without costs or attorney fees as to any party.

DATED: 6/28/2021

*Michael W. Mosman*
Honorable Michael W. Mosman

PRESENTED BY:

GORDON REES SCULLY
MANSUKHNI, LLP

*s/ Mark B. Tuvim*
Mark B. Tuvim, OSB No. 111536
Attorney for Curtiss-Wright Corporation

BERGMAN DRAPER OSLUND UDO

*s/ Brendon E. Little*
Brendon E. Little (*pro hac vice*)
Vanessa Firnhaber Oslund, OSB No. 17036
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT CURTISS-WRIGHT CORPORATION -
Page 3 of 3
No. 3:20-cv-01480-MO

**Gordon Rees Scully Mansukhani,** LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5144
Facsimile: (206) 689-2822