UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BARBARA R. SPERL, Individually and on behalf of the Estate of PHILLIP A. SPERL,<br><br>Plaintiff,<br>v.<br><br>CURTISS-WRIGHT CORPORATION, et al.,<br><br>Defendants. | Case No. 3:20-cv-1480-MO<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT EATON AEROQUIP LLC ONLY<br><br><br>Judge: Hon. Michael W. Mosman |

## **STIPULATION**

Plaintiff Barbara R. Sperl, Individually and on behalf of the Estate of Phillip A. Sperl, ("Plaintiff") and Defendant Eaton Aeroquip LLC by and through their counsel of record, stipulate that all claims against Eaton Aeroquip LLC only may be dismissed without prejudice and without costs or attorney fees as to any party in the above-captioned matter, reserving to Plaintiff her claims against the other parties.

DATED this 25th day of June, 2021.

BERGMAN DRAPER OSLUND UDO, PLLC    FOLEY & MANSFIELD, PLLP

_s/ Vanessa Firnhaber Oslund (signed with_
_permission via email__

Vanessa Firnhaber Oslund, OSBA No. 170356
Brendan E. Little, *Pro Hac Vice*
vanessa@bergmanlegal.com
brendan@bergmanlegal.com
service@bergmanlegal.com
**Attorneys for Plaintiff**

_s/James D. Hicks_____

James D. Hicks, OSB No. 101690
Melissa Roeder, *Pro Hac Vice*
jhicks@foleymansfield.com
mroeder@foleymansfield.com
asbestos-sea@foleymansfield.com
**Attorneys for Defendant Eaton Aeroquip**
**LLC**

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE    Page 2
AS TO DEFENDANT EATON AEROQUIP
LLC ONLY

## **ORDER**

THIS MATTER having come before the Court by way of stipulation, by the Plaintiff Barbara R. Sperl, Individually and on behalf of the Estate of Phillip A. Sperl and Defendant Eaton Aeroquip LLC to dismiss all claims against Eaton Aeroquip LLC only without prejudice and without costs or attorney fees as to any party, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

All claims against Defendant Eaton Aeroquip LLC only, are hereby dismissed without prejudice and without costs or attorney fees as to any party, reserving to Plaintiff her claims against the other parties.

DONE this __29__ day of June, 2021.

_Michael W. Mosman_
JUDGE MICHAEL W. MOSMAN

*Presented by:*

FOLEY & MANSFIELD, PLLP

_s/James D. Hicks_
James D. Hicks, OSB No. 101690
Melissa Roeder, *Pro Hac Vice*
jhicks@foleymansfield.com
mroeder@foleymansfield.com
service-sea@foleymansfield.com
Attorneys for Defendant Eaton Aeroquip LLC

*Approved by:*

BERGMAN DRAPER OSLUND UDO, PLLC

_s/Vanessa Firnhaber Oslund (signed with permission by email)__
Vanessa Firnhaber Oslund, OSBA No. 170356
Brendan Little, *Pro Hac Vice*
vanessa@bergmanlegal.com
brendan@bergmanlegal.com
service@bergmanlegal.com
Attorneys for Plaintiff

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE          Page 3
AS TO DEFENDANT EATON AEROQUIP
LLC ONLY