IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BARBARA R. SPERL, individually and on behalf of the Estate of PHILLIP A. SPERL,<br><br>　　　　　Plaintiff,<br>vs.<br><br>CURTIS-WRIGHT CORPORATION et al.,<br><br>　　　　　Defendants. | ) **Case No.: 3:20-CV-01480-MO**<br>)<br>) **STIPULATION AND ORDER OF**<br>) **DISMISSAL WITHOUT PREJUDICE OF**<br>) **DEFENDANT RAYTHEON**<br>) **TECHNOLOGIES CORPORATION**<br>) **ONLY**<br>)<br>)<br>) |

## STIPULATION

Plaintiff BARBARA R. SPERL, individually and as Personal Representative of the Estate

of PHILLIP A. SPERL, deceased, (hereinafter, "Plaintiffs") and Defendant Raytheon

Technologies Corporation, by and through their counsel of record, stipulate that all claims

against Defendant Raytheon Technologies Corporation only may be dismissed without prejudice

and without costs or attorney fees as to any party in the above-captioned matter, reserving to

Plaintiffs their claims against the other parties.

//
//

**STIPULATION AND ORDER OF DISMISSAL WITHOUT**
**PREJUDICE OF DEFENDANT RAYTHEON TECHNOLOGIES**
**CORPORATION ONLY - 1**

Dated: 6/28/2021                                    Dated: 6/28/2021

*S/ Brendan E. Little*                              *S/ Jennifer A. Street*

Vanessa J. Firnhaber Oslund, OSB No. 170356         Jennifer A. Street, OSB No.052419
Brendan E. Little *(Pro Hac Vice)*                  GLASCOCK STREET WAXLER LLP
Madeline Bergman *(Pro Hac Vice)*                   6915 S Macadam Avenue, Suite 300
BERGMAN DRAPER OSLUND UDO                           Portland, OR 97219
821 2nd Avenue, Suite 2100                          Email: street@gswlaworegon.com
Seattle, WA 98104                                   *Attorneys for Defendant Raytheon*
Email: vanessa@bergmanlegal.com                     *Technologies Corporation*
Brendan@bergmanlegal.com
madeline@bergmanlegal.com
Eservice: service@bergmanlegal.com
*Attorneys for Plaintiff*

**STIPULATION AND ORDER OF DISMISSAL WITHOUT
PREJUDICE OF DEFENDANT RAYTHEON TECHNOLOGIES
CORPORATION ONLY - 2**

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by Plaintiffs and Raytheon Technologies Corporation to dismiss all claims against Defendant Raytheon Technologies Corporation, only, without prejudice and without costs and/or fees, and the Court being fully advised in the premises, now therefore it is hereby ORDERED as follows:

All Plaintiffs' claims against Defendant Raytheon Technologies Corporation only are hereby dismissed with prejudice and without costs or attorney fees as to any party.

DATED this __29__ day of June, 2021.

*Michael W. Mosman*
THE HONORABLE: MICHAEL W. MOSMAN

PRESENTED BY:
GLASCOCK STREET WAXLER LLP

By __*S/ Jennifer A. Street*__
   Jennifer A. Street, OSB No. 052419
  *Attorneys for Defendant Raytheon*
  *Technologies Corporation*

APPROVED AS TO FORM AND CONTENT BY:
BERGMAN DRAPER OSLUND UDO, PLLC

By __*S/ Brendan E. Little*__
   Vanessa J. Firnhaber Oslund, OSB No. 170356
   Brendan E. Little (Pro Hac Vice)
   Madeline Bergman (Pro Hac Vice)
   *Attorneys for Plaintiffs*