HONORABLE MICHAEL W. MOSMAN

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| BARBARA R. SPERL, individually and on behalf of the Estate of PHILLIP A. SPERL,<br><br>Plaintiff,<br><br>v.<br><br>CURTISS-WRIGHT CORPORATION, et al.,<br><br>Defendants. | NO. 3:20-cv-01480-MO<br><br>NOTICE OF SETTLEMENT OF ALL CLAIMS<br><br>*CLERK'S ACTION REQUIRED*<br><br>Judge: Hon. Michael W. Mosman |

TO           :     ALL PARTIES

AND TO    :     ALL COUNSEL

AND TO    :     CLERK OF THE UNITED STATES DISTRICT COURT

NOTICE IS HEREBY GIVEN that all claims against all defendants in this action have been resolved.

DATED this 16th day of September 2021.

BERGMAN DRAPER OSLUND UDO, PLLC

*/s/ Brendan Little*
Brendan E. Little, *pro hac vice*
821 2nd Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 957-9510
Facsimile: (206) 957-9549
Email: brendan@bergmanlegal.com
Attorneys for Plaintiff